**UNITED STATES of America, Appellant,**

v.

**MESSINA BUILDERS AND CONTRACTORS CO., and Mike Messina, Appellees.**

**No. 85–2505.**

United States Court of Appeals, Eighth Circuit.

Submitted June 11, 1986.

Decided May 7, 1987.

Larry D. Coleman, Asst. U.S. Atty., Kansas City, Mo., Wynette J. Hewett and Bruce R. Ellisen, Dept. of Justice, Washington, D.C., for appellant.

Richard B. Pener and Stanley M. Burnstein, Robert F. Connor, Clerk U.S. District Court, Kansas City, Mo., for appellees.

Before JOHN R. GIBSON and MAGILL, Circuit Judges, and FAIRCHILD, Senior Circuit Judge.\*

### ORDER

Our judgment in this case, set forth as *United States v. Messina Builders and Contractors Co.*, 801 F.2d 1029 (8th Cir. 1986), is vacated. We now reverse and remand the case to the district court with instructions to conduct further proceedings in light of *Jersey Shore State Bank v. United States*, 107 S.Ct. 782, 93 L.Ed.2d 800 (1987).